UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>Redwood Barn Nursery, Inc., a California Corporation; and Does 1-10,<br><br>        Defendants. | No. 2:14-cv-02467-GEB-CKD<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |

      Defendant moves for dismissal of the federal question in Plaintiff's Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3). Specifically, Defendant argues since subject matter jurisdiction is premised on Plaintiff's three injunctive relief claims that are alleged under Title III of the Americans with Disabilities Act ("ADA"), these claims should be dismissed because they are now moot. (Mot. to Dismiss, 5:26-6:3, ECF No. 4.) Further, Defendant argues that following this requested dismissal, the Court should decline to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and those claim should be dismissed under 28 U.S.C. 1367(c)(3). (Id. 6:13-26.)

      However, the conclusory assertions in Defendant's opening brief fail to show that one of Plaintiff's ADA claims is moot. Therefore, the motion is denied

Dated:  February 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge