UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>          Plaintiff,<br><br>     v.<br><br>Redwood Barn Nursery, Inc., a California Corporation; and Does 1-10,<br><br>          Defendants. | No. 2:14-cv-02467-GEB-CKD<br><br>**ORDER DISREGARDING DEFENDANT'S REQUEST FILED FEBRUARY 19, 2015** |

    Defendant's request filed on February 19, 2015, (ECF No. 15), is disregarded because it appears to seek an advisory opinion.

Dated:  February 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1